IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SILVIA GONZALEZ, Next Friend of JENNIFER GONZALEZ, a Minor, and AMALYA GONZALEZ, a Minor; SUSANA REYES, Special Administrator in Formal Proceedings in the Estate of Josefa Reyes and REYNOLDO GONZALEZ, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) ) | |
| LYNN HOFFSCHNEIDER, d/b/a ASAP APPLIANCE & AC SERVICES, | ) ) ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by September 15, 2005, file their Report of Parties' Planning Conference.

DATED  August 26, 2005

/s/  *David L. Piester*
United States Magistrate Judge