```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES, and REYNOLDO GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | ORDER |
| Defendant. | ) ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 14 from the public docket sheet and file it as a sealed pleading.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge