```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

SILVIA GONZALEZ, JENNIFER        )
GONZALEZ, AMALYA GONZALEZ,       )
SUSANA REYES, and REYNOLDO       )
GONZALEZ,                        )              4:05CV3175
                                 )
          Plaintiffs,            )
                                 )
     v.                          )              ORDER
                                 )
LYNN HOFFSCHNEIDER,              )
                                 )
          Defendant.             )


BANK OF MADISON AND TRUST        )
CO.,                             )
                                 )              4:05CV3257
          Plaintiff,             )
                                 )
     v.                          )
                                 )
LYNN HOFFSCHNEIDER,              )
                                 )
          Defendant.             )
                                 )
```

In <u>Bank of Madison v. Hoffschneider</u>, 4:05CV3257, the defendant moved to consolidate the discovery in the above-captioned cases. Filing 5. This motion was unopposed by the defendant in that case.

A motion to consolidate was not filed in <u>Gonzalez et al v. Hoffschneider</u>, 4:05CV03175. However, the parties in <u>Gonzalez</u> have advised the court that they do not oppose consolidation of the above-captioned cases for discovery.

IT THEREFORE HEREBY IS ORDERED:

1. The defendant's motion to consolidate discovery, filing 5, in <u>Bank of Madison v. Hoffschneider</u>, 4:05CV3257, is granted.

2. The above-captioned cases are hereby consolidated, **for discovery only**, pursuant to Fed. R. Civ. P. 42. Unless otherwise agreed among counsel, all parties to both cases may participate in discovery, through counsel, as if the two cases were one.

3. To facilitate joint discovery filings and electronic notice to all parties of discovery filings in both cases, the clerk is ordered to:

   a. In the case of <u>Gonzalez et al v. Hoffschneider</u>, 4:05CV03175:

      - List the Bank of Madison and Trust Co., and its counsel of record, George H. Moyer, Jr. as an interested party.

   b. In the case of <u>Bank of Madison v. Hoffschneider</u>, 4:05CV3257:

      - List Silvia Gonzalez, Jennifer Gonzalez, Amalya Gonzalez, Reynoldo Gonzalez, and Susana Reyes as Special Administrator in Formal Proceedings in the Estate of Josefa Reyes, and their counsel of record, Daniel H. Friedman and Herbert J. Friedman, as interested parties; and

      - List Reynoldo Gonzalez, and his counsel of record, Daniel P. Chesire, as an interested party.

DATED this 22nd day of November, 2005.

> BY THE COURT:
>
> s/ *David L. Piester*
> David L. Piester
> United States Magistrate Judge

2