IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES, and REYNOLDO GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

Counsel have submitted a letter response to paragraph one of the court's order on initial progression, filing 13. However, their report does not address the matters set out in the order. I shall give them another opportunity to report.

Counsel are reminded that the discovery necessary to enable the parties to negotiate is to be completed prior to other discovery, so negotiations occur early enough to save both clients and counsel time and money in resolving the dispute.

IT THEREFORE HEREBY IS ORDERED,

Counsel are given until January 6, 2006 to comply with paragraph 1 of the court's order of September 26, 2005, filing 13.

DATED this 13th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge