```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES, and REYNOLDO GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the defendant's written request to continue the planning conference herein,

IT IS ORDERED:

The parties' planning conference is continued from January 10, 2006 to January 13, 2006 at 3:00 p.m. Counsel for the plaintiff shall place the call.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge