IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES and REYNOLDO GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon consideration of the parties' report to the court concerning mediation,

IT IS ORDERED,

The parties are given sixty days in which to complete their preparations for mediation and inform the court of those matters set out in the initial progression order.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge