IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES and REYNOLDO GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3175 |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

Counsel had a planning conference with the court by telephone on January 13, 2006 pursuant to Fed. R. Civ. P. 16. Counsel discussed the status of the case and discovery plans to ready it for trial if necessary. During the conference it was agreed that the parties are quite likely to mediate this matter, so it was decided to take the action ordered below.

IT THEREFORE HEREBY IS ORDERED,

Counsel shall inform the undersigned on or before February 16, 2006 of the person they have hired for their mediator and the date the mediation is scheduled, or, alternatively, that they have been unable to agree to mediation. If mediation will occur, the court will order an appropriate reference order, staying the case pending the outcome of the mediation; if no mediation will occur, the court will reconvene this planning conference for final scheduling to the trial.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge