IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA GONZALEZ, Next Friend of JENNIFER GONZALEZ, a Minor, and AMALYA GONZALEZ, A Minor; SUSANA REYES, Special Administrator in Formal Proceedings in the Estate of Josefa Reyes, and REYNOLDO GONZALEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LYNN HOFFSCHNEIDER, d/b/a ASAP APPLIANCE & AC SERVICES,<br><br>　　　　　Defendant. | 4:05CV3175<br><br>ORDER |

IT IS ORDERED:

The parties' joint motion to continue trial, filing 29, is denied as moot. See filing 27, paragraph 8.

DATED this 16th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge