IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA GONZALEZ, Next Friend of JENNIFER GONZALEZ, a Minor, and AMALYA GONZALEZ, a Minor; SUSANA REYES, Special Administrator in Formal Proceedings in the Estate of Josefa Reyes, and REYNOLDO GONZALEZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>LYNN HOFFSCHNEIDER, d/b/a ASAP APPLIANCE & AC SERVICES,<br><br>        Defendant. | 4:05CV3175<br><br>ORDER |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1) Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court and provide a draft order to the undersigned magistrate judge which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 7th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge