IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA GONZALEZ, Next Friend of JENNIFER GONZALEZ, a Minor, and AMALYA GONZALEZ, a Minor; SUSANA REYES, Special Administrator in Formal Proceedings in the Estate of Josefa Reyes and REYNOLDO GONZALEZ<br><br>Plaintiffs,<br><br>v.<br><br>LYNN HOFFSCHNEIDER, d/b/a/ ASAP APPLIANCE & AC SERVICES,<br><br>Defendant. | Case No: 4:05CV3175<br><br>**ORDER FOR DISMISSAL** |

On this  12  day of   Jan   , 2007, this matter came on to be heard upon the stipulation of the parties hereto for dismissal of the within action, including all counterclaims and cross claims, without prejudice, each party to pay their own costs, complete record waived.

Upon Consideration Whereof:

IT IS ORDERED, ADJUDGED AND DECREED that the within cause of action, including all counterclaims and cross claims, be, and the same hereby are, dismissed without prejudice, each party to pay their own costs, complete record waived.

BY THE COURT:

Hon. David L. Piester
Magistrate Judge